Robert J. Del Tufo
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
Attorneys for Defendant, Colgate-Palmolive Company

RECEIVED
JUN 0 4 2009
AT 8:30              M
WILLIAM T. WALSH, CLERK

## UNITED STATES DISTICT COURT
## DISTRICT OF NEW JERSEY

------------------------------x
CITY OF JERSEY CITY

        Plaintiff,

- vs. -

COLGATE-PALMOLIVE COMPANY

        Defendant.
------------------------------x

Hon. Stanley R. Chesler

Civil No. 2:09-cv-02071-SRC-MAS

**ORDER EXTENDING TIME**

This matter having been opened to the Court by Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for the Defendant, Colgate-Palmolive Company, in connection with an application for an extension of time to respond to the Complaint filed herein and the consents of counsel being annexed hereto and for good cause shown;

It is, therefore, on this __4th__ day of June 2009 ORDERED that the time within which the Defendant, Colgate-Palmolive Company, must answer or otherwise respond to the Complaint filed herein is extended until June 30, 2009.

s/Michael A. Shipp

Michael A. Shipp
United States Magistrate Judge